# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-61240- CIV-COHN/Snow

ANNETTE SHEELY

Plaintiff,

vs.

MRI RADIOLOGY NETWORK, P.A. d/b/a
UNIVERSITY MRI-JFK

Defendant.
_____/

### NOTICE OF SETTLEMENT

Plaintiff, ANNETTE SHEELY, by and through her undersigned counsel, hereby notifies this Court that the above-captioned matter has been settled, and the parties are presently in the process of executing a settlement agreement, and anticipate that they should be able to submit a stipulation and order of dismissal within three business days.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th[th] day of March, 2008 the undersigned electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to; Steven M. Parrish and Jeffrey Gordon, Broad and Cassel, One North Clematis Street, Suite 500, West Palm Beach, FL. 33401.

         LAW OFFICES OF MATTHEW W. DIETZ, P.L.
         Attorney for Plaintiff
         2990 Southwest 35th Avenue
         Miami, Florida 33133
         T: 305-669-2822
         F: 305-442-4181

                s/ Matthew W. Dietz
By: _____
         Matthew W. Dietz, Esq.
         Florida Bar No.: 84905

2