# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-61240- CIV-COHN/Snow

ANNETTE SHEELY

Plaintiff,

vs.

MRI RADIOLOGY NETWORK, P.A. d/b/a
UNIVERSITY MRI-JFK

Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff ANNETTE SHEELY and Defendant MRI RADIOLOGY NETWORK, P.A. d/b/a UNIVERSITY MRI-JFK, by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure and the confidential Settlement Agreement entered into among the parties, hereby stipulate to the dismissal of the above-styled action with prejudice. The parties request the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. Attached hereto is a proposed Final Order of Dismissal.

Dated this 11th day of March 2008.

| | |
|---|---|
| MATTHEW W. DIETZ, ESQ. | STEVEN M. PARRISH, ESQ. |
| Law Offices of Matthew Dietz, P.L. | BROAD AND CASSEL |
| 2990 SW 35th Ave. | One North Clematis Street, Suite 500 |
| Miami, Florida 33133 | West Palm Beach, Florida 33401 |
| E-mail: matthewdietz@usdisabilitylaw.com | E-mail: sparrish@broadandcassel.com |
| Phone: (305) 689-2822 | Phone: (561) 832-3300 |
| Fax:    (305) 442-4181 | Fax:    (561) 655-1109 |
| | |
| s/ Matthew W. Dietz | s/ Steven M. Parrish |
| Matthew W. Dietz, Esquire | Steven M. Parrish, Esquire |
| Florida Bar No.: 0084905 | Florida Bar No.: 077585 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61240- CIV-COHN/Snow

ANNETTE SHEELY

Plaintiff,

vs.

MRI RADIOLOGY NETWORK, P.A. d/b/a
UNIVERSITY MRI-JFK

Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS MATTER came before the Court upon the parties' Stipulation for Dismissal with Prejudice. Pursuant to the Settlement Agreement reached among the parties, and upon the full record, it is

ORDERED AND ADJUDGED that:

1. This case is DISMISSED with Prejudice. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into by the parties.

2. Any and all pending motions are hereby DENIED AS MOOT.

3. The Clerk of the court shall enter this case CLOSED.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this ___ day of _____ , 2008.

_____
JAMES I COHN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Steven M. Parrish, Esq.
Matthew W. Dietz, Esq.