UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61240- CIV-COHN/Snow

ANNETTE SHEELY

Plaintiff,

vs.

MRI RADIOLOGY NETWORK, P.A. d/b/a
UNIVERSITY MRI-JFK

Defendant.
_____/

### FINAL ORDER OF DISMISSAL

THIS MATTER came before the Court upon the parties' Stipulation for Dismissal with Prejudice. Pursuant to the Settlement Agreement reached among the parties, and upon the full record, it is

ORDERED AND ADJUDGED that:

1. This case is DISMISSED with Prejudice. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into by the parties.

2. Any and all pending motions are hereby DENIED AS MOOT.

3. The Clerk of the court shall enter this case CLOSED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of March, 2008.

JAMES I COHN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Steven M. Parrish, Esq.
Matthew W. Dietz, Esq.